# Court of Appeals, State of Michigan

## ORDER

People of MI v Johnnie Lee Brown III

Docket No. 343237

LC No. 17-002316-FC

Brock A. Swartzle
Presiding Judge

Elizabeth L. Gleicher

Michael J. Kelly
Judges

The Court orders that the September 26, 2019 opinion is hereby AMENDED to correct a clerical error: Muskegon Circuit Court is substituted for Iron Circuit Court in the opinion caption.

In all other respects, the September 26, 2019 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

SEP 2 7 2019

Date

Chief Clerk